%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE Aug. 13, 2007 at 12:47 PM |
| NAME OF SERVER (PRINT) Sunbelt/ Henry Moss | TITLE Licensed Process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Service was executed by serving Sati Jairam, Process Specialist at CT Corp. System At 111 8th Avenue, New York, NY. Said individual represented CT Corporation System, the Registered Agent of Merck & Co., Inc

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Aug. 13, 2007                *Henry Moss*
             Date                          Signature of Server

102 East 22nd Street, New York, NY 10010
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.